1  MARTIN L. FINEMAN (SBN No. 104413)
     martinfineman@dwt.com
2  SAM N. DAWOOD (SBN No. 178862)
     samdawood@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
4  San Francisco, California 94111-6533
   Telephone: (415) 276-6500
5  Facsimile:  (415) 276-6599

6  Attorneys for Defendants
7  T-MOBILE USA, INC. and
   T-MOBILE RESOURCES CORPORATION
8
               UNITED STATES DISTRICT COURT
9
               NORTHERN DISTRICT OF CALIFORNIA
10

11
   JAMES S. MADOW,                 )   Case No. C07-06442
12                                 )
                Plaintiff,          )   DECLARATION OF MARTIN
13                                 )   VERNON IN SUPPORT OF
         vs.                        )   DEFENDANTS' NOTICE OF
14                                 )   REMOVAL
   T-MOBILE USA, INC., T-MOBILE    )
15 RESOURCES CORPORATION, Inc.     )
   and DOES 1 through 50, inclusive, )
16                                 )
                Defendants.         )
17                                 )

*Madow v. T-Mobile USA, et al.*
Decl. in Support of Defendants' Notice of Removal  1
SFO 400500v1 0048172-000253

1. I, <u>Martin Vernon</u>, declare:

2. I am <u>Interim Director of Engineering and Operations</u>. The matters stated herein are true of my own personal knowledge, except for those matters expressly stated on information and belief, which matters I believe to be true.

3. ***Duties.*** I manage all operational aspects in the Bay Area for the engineering, development and maintenance of Omnipoint Communications, Inc.'s wireless system including managing employees, contractors and fiscal budgets.

4. T-Mobile USA, Inc. is a Delaware corporation with its principal place of business in Bellevue, Washington.

5. T-Mobile Resources Corporation is a Delaware corporation with its principal place of business in Bellevue, Washington.

6. Plaintiff James S. Madow's complaint relates to the City of Richmond's issuance of a building permit in October 2006 for a camouflaged rooftop antenna installation on an apartment building located at 260 Water Street, Richmond, California (the "Water Street property"). The building permit was issued pursuant to the City of Richmond Wireless Communications Facilities Ordinance ("Wireless Ordinance"). Omnipoint Communications, Inc., a subsidiary of T-Mobile USA, Inc., entered into a five year lease agreement with the owners of the Water Street property to install and operate the wireless antennae and related equipment (the "wireless base station") on the property's roof.

7. T-Mobile USA, Inc. and T-Mobile Resources Corporation believe that they are not proper defendants in this action and that plaintiff intended to name Omnipoint Communications, Inc., which is the T-Mobile entity licensed by the Federal Communications Commission to operate a wireless network in Richmond, California and the entity that entered into the lease agreement for the wireless base station.

8. Plaintiff James S. Madow seeks through his complaint to conduct discovery in order to obtain broad categories of documents from Defendants related

*Madow v. T-Mobile, USA et al.*
Decl. in Support of Removal   2
SFO 400500v1 0048172-000253

to the wireless base station that were not provided voluntarily to Mr. Madow or the Richmond Residents for Responsible Antenna Placement and Planning. *See* Complaint, ¶9. Mr. Madow seeks to present these documents to the Richmond Planning Commission in connection with a revocation hearing tentatively scheduled for January 10, 2008, where the Commission will determine whether to revoke the October 2006 building permit for the wireless base station.

9. T-Mobile USA, Inc. and Omnipoint Communications have a significant economic interest in ensuring the building permit is not revoked so that they may continue to operate the wireless base station on the Water Street property. Over five years remain on the lease for this property. The net present value of the lease as of December 16, 2007 well exceeds $75,000. Additionally, the demolition costs for the Water Street property wireless base station would be approximately $30,000. To replace the coverage lost by this site could cost anywhere from $80,000 to several hundred thousand dollars, depending on the location, number and type of replacement sites.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20 day of December, 2007, at CONCORD, CA.

By: _____

*Madow v. T-Mobile, USA et al.*
Decl. in Support of Removal   3
SFO 400500v1 0048172-000253

# Proof of Service

I, Pamela J. Maiwandi, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111.

I caused to be served the following document:

**DECLARATION OF MARTIN VERNON IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL**

to be served on each person on the attached list by the following means:

☐ I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on December 10, 2007, following the ordinary business practice.
*(Indicated on the attached address list by an [M] next to the address.)*

☒ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on December 21, 2007, for guaranteed delivery on December 24, 2007, following the ordinary business practice.
*(Indicated on the attached address list by an [FD] next to the address.)*

I consigned a true and correct copy of said document for facsimile transmission on
*(Indicated on the attached address list by an [F] next to the address.)*

I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on .
*(Indicated on the attached address list by an [H] next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on December 21 2007 at San Francisco, California.

Pamela J. Maiwandi

Proof of Service
Madow v. T-Mobile et al.

## Service List

| Key: | [M] Delivery by Mail | [FD] Delivery by Federal Express | [H] Delivery by Hand |
|---|---|---|---|
| | [F] Delivery by Facsimile | [FM] Delivery by Facsimile and Mail | |

[FD]   James S. Madow
       112 Washington Avenue,
       Suite 200
       Pt. Richmond, CA 94801
       Telephone: 510-215-2525

Proof of Service
Madow v. T-Mobile et al.