MARTIN L. FINEMAN (SBN No. 104413)
martinfineman@dwt.com
SAM N. DAWOOD (SBN No. 178862)
samdawood@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile:  (415) 276-6599

Attorneys for Defendants
T-MOBILE USA, INC. and
T-MOBILE RESOURCES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. MADOW,<br><br>   Plaintiff,<br><br>   vs.<br><br>T-MOBILE USA, INC., T-MOBILE RESOURCES CORPORATION, Inc. and DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No. C 07-06442 CW<br><br>**CERTIFICATE OF SERVICE** |

# Proof of Service

I, Pamela J. Maiwandi, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111.

I caused to be served the following documents:

1) **ECF REGISTRATION INFORMATION HANDOUT**
2) **NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**
3) **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
4) **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
5) **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOING CASE MANAGEMENT STATEMENT**
6) **DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(B) (DIVERSITY); DECLARATION OF SAM DAWOOD**
7) **DECLARATION OF MARTIN VERNON IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL**
8) **DEFENDANTS' NOTICE TO PLAINTIFF AND STATE COURT OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(B) (DIVERSITY) TO FEDERAL COURT**

to be served on each person on the attached list by the following means:

☐ I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on, following the ordinary business practice.
*(Indicated on the attached address list by an [M] next to the address.)*

☒ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on December 27, 2007, for guaranteed delivery on December 28, 2007, following the ordinary business practice.
*(Indicated on the attached address list by an [FD] next to the address.)*

☐ I consigned a true and correct copy of said document for facsimile transmission on
*(Indicated on the attached address list by an [F] next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on    .
*(Indicated on the attached address list by an [H] next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on December 27, 2007 at San Francisco, California.

_____
Pamela J. Maiwandi

## Service List

| Key: | [M] Delivery by Mail | [FD] Delivery by Federal Express | [H] Delivery by Hand |
|---|---|---|---|
|  | [F] Delivery by Facsimile | [FM] Delivery by Facsimile and Mail |  |

[FD}   James S. Madow
       112 Washington Avenue,
       Suite 200
       Pt. Richmond, CA 94801
       Telephone: 510-215-2525

Proof of Service
Madow v. T-Mobile et al.  U.S. District Court Northern District (Oakland Division) Case No. C07-06442 CW