MARTIN L. FINEMAN (SBN No. 104413)
  martinfineman@dwt.com
SAM N. DAWOOD (SBN No. 178862)
  samdawood@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile:  (415) 276-6599

Attorneys for Defendants
T-MOBILE USA, INC. and
T-MOBILE RESOURCES CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. MADOW,<br><br>    Plaintiff,<br><br> vs.<br><br>T-MOBILE USA, INC., T-MOBILE RESOURCES CORPORATION, Inc. and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. C07-06442 CW<br><br>**JOINT STIPULATION AND PROPOSED ORDER DISMISSING ACTION** |

Plaintiff James S. Madow and Defendants T-Mobile USA, Inc. and T-Mobile

Resources hereby stipulate to dismiss this action without prejudice.

Dated:  December 27, 2007                    Davis  Wright  Tremaine  LLP

                                             By:_ _____
                                                  Martin L. Fineman
                                                  Sam N. Dawood

                                             Attorneys for Defendants
                                             T-MOBILE USA, INC. and
                                             T-MOBILE RESOURCES
                                             CORPORATION

Dated:  December 27, 2007                    JAMES S. MADOW

                                             By:_ _____
                                                  James S. Madow

                                             Plaintiff


## ORDER

Based on the parties' joint stipulation, this action is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:_____

        _____
                                      Hon. Claudia Wilken
                                      United States District Court

# Proof of Service

I, Pamela J. Maiwandi, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111.

I caused to be served the following documents:

**JOINT STIPULATION AND PROPOSED ORDER DISMISSING ACTION**

to be served on each person on the attached list by the following means:

☒ I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on December 27, 2007, following the ordinary business practice.
*(Indicated on the attached address list by an* [M] *next to the address.)*

I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on, for guaranteed delivery on, following the ordinary business practice.
*(Indicated on the attached address list by an* [FD] *next to the address.)*

I consigned a true and correct copy of said document for facsimile transmission on
*(Indicated on the attached address list by an* [F] *next to the address.)*

I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on    .
*(Indicated on the attached address list by an* [H] *next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on December 27, 2007 at San Francisco, California.

Pamela J. Maiwandi

1

# Service List

2

| Key: | [M]  Delivery by Mail | [FD]  Delivery by Federal Express | [H]  Delivery by Hand |
| | [F]   Delivery by Facsimile | [FM]  Delivery by Facsimile and Mail | |

3

4

5

[M}        James S. Madow

6             112 Washington Avenue,
           Suite 200

7           Pt. Richmond, CA 94801
           Telephone:  510-215-2525

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28