1  MARTIN L. FINEMAN (SBN No. 104413)
    martinfineman@dwt.com
2  SAM N. DAWOOD (SBN No. 178862)
    samdawood@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
4  San Francisco, California 94111-6533
   Telephone: (415) 276-6500
5  Facsimile:  (415) 276-6599

6
   Attorneys for Defendants
7  T-MOBILE USA, INC. and
   T-MOBILE RESOURCES CORPORATION
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11

12  JAMES S. MADOW,                          ) Case No. C07-06442 CW
                                             )
13              Plaintiff,                   ) **JOINT STIPULATION AND ORDER**
                                             ) **DISMISSING ACTION**
14      vs.                                  )
                                             )
15  T-MOBILE USA, INC., T-MOBILE             )
    RESOURCES CORPORATION, Inc.              )
16  and DOES 1 through 50, inclusive,        )
                                             )
17              Defendants.                  )
                                             )

18

19

20

21

22

23

24

25

26

27

28   Stipulation to Dismiss Action
    *Madow v. T-Mobile*, Case No. C07-06442 CW


. 1
SFO 400796v1 0056797-000001

1    Plaintiff James S. Madow and Defendants T-Mobile USA, Inc. and T-Mobile

2  Resources hereby stipulate to dismiss this action without prejudice.

3

   Dated:  January 3, 2008            DAVIS  WRIGHT  TREMAINE  LLP
4

5                                     By:_____
                                             Martin L. Fineman
6                                            Sam N. Dawood

7
                                      Attorneys for Defendants
8                                     T-MOBILE USA, INC. and
                                      T-MOBILE RESOURCES CORPORATION
9

10

11   Dated:  January 3, 2008            JAMES S. MADOW

12
                                      By:_____
13                                           James S. Madow

14                                    Plaintiff

15

16                                    **ORDER**

17       Based on the parties' joint stipulation, this action is hereby dismissed without

18  prejudice.

19

20  **IT IS SO ORDERED.**

21         1/3/08
    Dated:_____      _____
22
                                      Hon. Claudia Wilken
23                                    United States District Court

24

25

26

27

28

Stipulation to Dismiss Action
*Madow v. T-Mobile,* Case No. C07-06442 CW 2
SFO 400796v1 0056797-000001

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation to Dismiss Action
*Madow v. T-Mobile,* Case No. C07-06442 CW 3
SFO 400796v1 0056797-000001